In re   **Lynn Boychenko**                                                                               Case No.   **SV04-13855-KL**
                                          Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **10571 Des Moines Street, Northridge CA 91326** **Single Family Residence. Debtor believes the value of subject property is $325,000.00, less anticipated costs of sale of approximately $26,000.00 or net value of $299,000.00 (subject to first deed of trust in favor of Household Finance Corp in the aproximate amount of $230,000.00 and a homestead exemption of $75,000.00 therefore net equity to the estate of NEGATIVE $6,000.00)** | | - | 299,000.00 | 259,760.00 |

|  | Sub-Total > | 299,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 299,000.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy