Form B6F
(12/03)

In re  **Lynn Boychenko**                                    Case No. __SV04-13855-KL__
_____,
                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx00-49**<br><br>**Cardiac Assoc Medical Group**<br>**16133 Ventura Blvd., Ste. 1180**<br>**Encino, CA 91436** | | - | Medical Bill | | | | 104.00 |
| Account No. **xx-xx7293**<br><br>**Cedars Sinai Imaging Med Group**<br>**P.O. Box 4313**<br>**Woodland Hills, CA 91365** | | - | Medical Bill | | | | 353.00 |
| Account No. **xxxxxxx0287**<br><br>**Central Finance Control**<br>**P.O. Box 14059**<br>**Orange, CA 92863** | | - | Misc Purchases | | | | 174.00 |
| Account No. **xxxx5310**<br><br>**Credit Bureau of Santa Monica**<br>**Re: Nathan Gittleman, M.D.**<br>**510 Arizona Avenue**<br>**Santa Monica, CA 90401** | | - | Medical Bill | | | | 357.00 |

__5__ continuation sheets attached

Subtotal (Total of this page)  **988.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

S/N:28141-031103   Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re **Lynn Boychenko**, Debtor

Case No. **SV04-13855-KL**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx375-4<br><br>CRME<br>Re: South Valley Radiology<br>3350 East Birch Street<br>Suite 200<br>Brea, CA 92821 | | - | Medical Bill | | | | 1,240.00 |
| Account No. xxxxx733-1<br><br>Delta Collection<br>Re: UCLA<br>P.O. Box 136<br>Stockton, CA 95201 | | - | School Bill | | | | 608.00 |
| Account No. x-xx-xxxxx-xxx71-01<br><br>Department of Water & Power<br>P.O. Box 10210<br>Van Nuys, CA 91410 | | - | Utility Bill | | | | 720.00 |
| Account No. xxxxxx6087<br><br>Financial Asset Management Systems<br>Re: AT&T College/Univ Solutions<br>P.O. Box 620429<br>Atlanta, GA 30362 | | - | Misc Purchases | | | | 451.00 |
| Account No. xxx-xx-1540<br><br>Internal Revenue Service<br>SB/SE Insolvency Unit<br>300 N. Los Angeles Street<br>Room 4062, Stop 5022<br>Los Angeles, CA 90012 | | - | 1997<br>Taxes | | | | 18,122.00 |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **21,141.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Case 1:04-bk-13855-KT    Doc 25-1    Filed 06/18/04    Entered 06/18/04 00:00:00    Desc
Main Document    Page 3 of 6

Form B6F - Cont.
(12/03)

In re  **Lynn Boychenko**                                                    Case No.  __SV04-13855-KL__
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx0932<br><br>Isham Health Center<br>Phillips Academy<br>Brimfield, MA 01010 | - | | Medical Bill | | | | 65.00 |
| Account No. Lisa Boychenko<br><br>Lee R. Logan, DDS<br>18250 Roscoe Blvd.<br>Northridge, CA 91325 | - | | Medical Bill | | | | 2,945.00 |
| Account No. Laura Boychenko<br><br>Lee R. Logan, DDS<br>18250 Roscoe Blvd.<br>Northridge, CA 91325 | - | | Medical Bill | | | | 988.02 |
| Account No. xxxxxx6492<br><br>Phillips Academy Andover<br>180 Main Street<br>Andover, MA 01810 | - | | Phone Bill | | | | 88.00 |
| Account No. xxxxxxx40-02<br><br>Richard P. Cain, MD<br>5525 Etiwanda Avenue<br>Suite 217<br>Tarzana, CA 91356 | - | | Medical Bill | | | | 45.00 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,131.02

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   Lynn Boychenko
                                    Debtor

Case No.   SV04-13855-KL

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Boychenko<br><br>Seattle Systems<br>Re: Cobra Payments<br>26296 Twelve Trees Lane<br>Poulsbo, WA 98370 | - | | Medical Bill | | | | 1,200.00 |
| Account No. xxxxx5138<br><br>STC Services<br>1275 Glenlivet Drive<br>Allentown, PA 18106 | - | | Phone Bill | | | | 958.00 |
| Account No. xxxx-xx-xxx-xxx2699<br><br>Time Warner Communications<br>9260 Topanga Canyon Blvd<br>Chatsworth, CA 91211 | - | | Service Bill | | | | 733.00 |
| Account No. xxxxx-xxx-xxxxxx0973<br><br>Transworld Systems, Inc.<br>Re: Arnold Becker DDS<br>6355 Topanga Canyon Blvd., Ste. 250<br>Woodland Hills, CA 91367 | - | | Medical Bill | | | | 226.00 |
| Account No. xxx6492<br><br>Trustees of Phillips Academy<br>180 Main Street<br>Andover, MA 01810 | - | | School Bill | | | | 2,850.00 |

Sheet no. 3 of 5 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   5,967.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Lynn Boychenko**        Case No. **SV04-13855-KL**
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx5840<br><br>UCLA Conference Center<br>Bruin Woods Family Resort<br>P.O. Box 160<br>Lake Arrowhead, CA 92352 | | - | Misc Purchases | | | | 3,142.00 |
| Account No. xxxx0884<br><br>University of California Berkeley<br>Campus Accounts<br>Alameda, CA 94501 | | - | Registration Fees | | | | 3,885.00 |
| Account No. xxxxx7973<br><br>University of California, LA<br>Remittance Processing Center<br>10920 Wilshire Blvd., Suite 107<br>Los Angeles, CA 90024 | | - | Registration Payment | | | | 539.00 |
| Account No. xxxxx9669-S<br><br>University of California, LA<br>Remittance Processing Center<br>10920 Wilshire Blvd., Suite 107<br>Los Angeles, CA 90024 | | - | Travel Study Program | | | | 1,700.00 |
| Account No. xx-xxxx-xxxxxxxx82-06<br><br>Verizon California<br>P.O. Box 30001<br>Inglewood, CA 90313 | | - | Phone Bill | | | | 467.00 |

Sheet no. **4** of **5** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **9,733.00**

Form B6F - Cont.
(12/03)

In re **Lynn Boychenko**                                                                  Case No. **SV04-13855-KL**
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE. AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Boyxx7-002** <br><br> VIP Transport, Inc. <br> 2703 Wardlow Road <br> Corona, CA 92882 | | | Storage Bill | | | | 3,565.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,565.00**

Total (Report on Summary of Schedules)  **45,525.02**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy